AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/12/2011 | 4/12/2011 4:23pm | Google fax 650-649-2939 |

**INVENTORY MADE IN THE PRESENCE OF**
Suzanne Lewis-Johnson

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Disk provided by Google via FedEx. Received April 19, 2011.

### CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/28/2011

Suzanne Lewis-Johnson
Executing officer's signature

Suzanne Lewis-Johnson
FBI Special Agent
Printed name and title